**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2022
```

---

RICHARD E. GORDON,

                       Plaintiff,

-against-

SALO AIZENBERG and MAYTAL ASSET MANAGEMENT, LLC

                       Defendant.

Case No.: 7:21 CIV 51 (NSR)

**ORDER AND JUDGMENT**

---

      Whereas on October 6, 2021 Defendants filed a Motion to Dismiss Plaintiff's Amended Complaint and this Court having granted said dismissal in an Opinion and Order dated September 30, 2022, Docket Number 29, which Opinion and Order further granted Plaintiff leave to file a Second Amended Complaint by October 24, 2022 and directed that such failure to file by October 24, 2022 shall act as a dismissal of all claims with prejudice;

      **IT IS ORDERED, ADJUDGED, AND DECREED**, that the Plaintiff failed to file a Second Amended Complaint by October 24, 2022 and that the Amended Complaint and all claims are hereby dismissed with prejudice; and

      **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED**, that the Clerk is directed to enter Judgment in favor of the Defendants and close this case.

**SO ORDERED:**

Dated: November 15, 2022
White Plains, New York

                                                        _____
                                                          NELSON S. ROMÁN
                                                          United States District Judge